GEORGE SIMPKINS and ELIZABETH SIMPKINS, Respondents, v. WESTCHESTER STREET TRANSPORTATION COMPANY and JOSEPH AHERN, Appellants.— On appeal by defendants, in a consolidated action for damages for personal injuries by plaintiff wife and for expenses and loss of services by her husband, from a judgment of the City Court of Mount Vernon in favor of both plaintiffs entered on a jury

verdict, judgment reversed on the facts and a new trial ordered, costs to abide the event. The verdict of the jury is contrary to the weight of evidence. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.